**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Apogee Brewing, Limited Liability Company |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | True Anomaly Brewing |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-2396003 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2012 DALLAS ST | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Houston        TX     77003 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris County | 4001 Navigation Boulevard |
| County | Number    Street |
| | |
| | Houston        TX     77003 |
| | City        State    ZIP Code |

5. **Debtor's website** (URL)    www.trueanomalybrewing.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor   Apogee Brewing, Limited Liability Company   Case number (if known)_____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
312120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
           District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
           District _____  When _____
                                    MM / DD / YYYY
           Case number, if known _____

| Debtor | Apogee Brewing, Limited Liability Company | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 4001 Navigation Boulevard
Number    Street

Houston                              TX        77003
City                                 State     ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency  Philadelphia Insurance Companies

Contact name  _____

Phone  1-877-438-7459

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   Apogee Brewing, Limited Liability Company                      Case number (*if known*)_____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/04/2025
             MM / DD / YYYY

✗ /s/ Michael Duckworth                          Michael Duckworth
Signature of authorized representative of debtor  Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/ Stacey Barnes                      Date  08/04/2025
Signature of attorney for debtor               MM / DD / YYYY

Stacey Barnes
Printed name

Kearney, McWilliams & Davis, PLLC
Firm name

55 Waugh #150
Number   Street

Houston                                  TX        77007
City                                     State     ZIP Code

832-916-2750                             sbarnes@kmd.law
Contact phone                            Email address

24006800                                 TX
Bar number                               State

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 4

**Fill in this information to identify the case:**

Debtor name __Apogee Brewing, Limited Liability Company__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Capital One Credit Card<br>1680 Capital One Drive<br>McLean, VA, 22102 | | Credit Card Debt | | | | 78,641.18 |
| 2 | Chase<br>700 Kansas Lane<br>Monroe, LA, 71203 | | Credit Card Debt | | | | 55,829.96 |
| 3 | Loe Ortega Architecture, PLLC<br>2339 Commerce St.<br>Suite #165<br>Houston, TX, 77002 | | Services | | | | 19,056.12 |
| 4 | Yakima Chief Hops<br>306 Division St<br>Yakima, WA, 98902 | | Suppliers or Vendors | | | | 11,250.00 |
| 5 | Blue Label Packaging Company<br>3750 Lancaster New Lexington Rd SE<br>Lancaster, OH, 43130 | | Suppliers or Vendors | | | | 4,855.81 |
| 6 | Petainer<br>601 C.C. Gurien Drive<br>Troy, TN, 38260 | | Suppliers or Vendors | | | | 1,587.07 |
| 7 | Mackenzie Smith, Inc<br>PO Box 8<br>Carlisle, PA, 17013 | | Suppliers or Vendors | | | | 738.28 |
| 8 | Sysco Corporation<br>1390 Enclave Parkway<br>Houston, TX, 77077 | | Suppliers or Vendors | | | | 528.56 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Apogee Brewing, Limited Liability Company
         Name

Case number (*if known*)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Keg Logistics<br>9110 E Nichols Ave<br>Suite 105<br>Englewood, CO, 80112 | | Suppliers or Vendors | | | | 273.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

Benjamin Stahl
905 Hawthorne Street
Houston, TX 77006


Blue Label Packaging Company
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130


Capital CDC
4330 Gaines Ranch Loop
Suite 220
Austin, TX 78735


Capital One Credit Card
1680 Capital One Drive
McLean, VA 22102


Chase
700 Kansas Lane
Monroe, LA 71203


Ford Credit
P.O. Box 650575
Dallas, TX 75265


Keg Logistics
9110 E Nichols Ave
Suite 105
Englewood, CO 80112


Loe Ortega Architecture, PLLC
2339 Commerce St.
Suite #165
Houston, TX 77002


Mackenzie Smith, Inc
PO Box 8
Carlisle, PA 17013


Michael Duckworth
5508 TRUETT ST
Houston, TX 77023


Petainer
601 C.C. Gurien Drive
Troy, TN 38260


Stellar Bank
8727 W. Sam Houston Parkway N.
Suite 110
Houston, TX 77040


Sysco Corporation
1390 Enclave Parkway
Houston, TX 77077


Thomas Ahlstrom
5536 NOLDA ST
Houston, TX 77007


U.S. Small Business Administration
PO Box 3918
Portland, OR 97208


Yakima Chief Hops
306 Division St
Yakima, WA 98902

United States Bankruptcy Court
Southern District of Texas

In re:  Apogee Brewing, Limited Liability Company          Case No.

                                                           Chapter   11

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   08/04/2025                    /s/ Michael Duckworth
                                      Signature of Individual signing on behalf of debtor

                                      Manager
                                      Position or relationship to debtor