AMENDED

**Fill in this information to identify the case:**

Debtor name ___Apogee Brewing, Limited Liability Company___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): ___25-34497___

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Capital One Credit Card 1680 Capital One Drive McLean, VA, 22102 | | Credit Card Debt | | | | 78,641.18 |
| 2 | Chase 700 Kansas Lane Monroe, LA, 71203 | | Credit Card Debt | | | | 55,829.96 |
| 3 | Houston ISD PO BOX 4576 Houston, TX, 77210 | | Taxes & Other Government Units | | | | 29,777.04 |
| 4 | Loe Ortega Architecture, PLLC 2339 Commerce St. Suite #165 Houston, TX, 77002 | vanessa@loarchitecture.com | Services | | | | 19,056.12 |
| 5 | City of Houston PO BOX 4576 Houston, TX, 77253 | | Taxes & Other Government Units | | | | 17,804.84 |
| 6 | Yakima Chief Hops 306 Division St Yakima, WA, 98902 | | Suppliers or Vendors | | | | 11,250.00 |
| 7 | Blue Label Packaging Company 3750 Lancaster New Lexington Rd SE Lancaster, OH, 43130 | accounting@bluelabelpackaging.com | Suppliers or Vendors | | | | 4,855.81 |
| 8 | Houston Community College System PO BOX 4576 Houston, TX, 77210 | | Taxes & Other Government Units | | | | 3,298.45 |

AMENDED

Debtor    Apogee Brewing, Limited Liability Company
          _____
          Name

Case number (*if known*)   25-34497
                           _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Petainer 601 C.C. Gurien Drive Troy, TN, 38260 | Fernanda.Jaimes@petainer.com | Suppliers or Vendors | | | | 1,587.07 |
| 10 | Mackenzie Smith, Inc PO Box 8 Carlisle, PA, 17013 | service@meliopayments.com | Suppliers or Vendors | | | | 738.28 |
| 11 | Sysco Corporation 1390 Enclave Parkway Houston, TX, 77077 | nicolette.clarke@sysco.com | Suppliers or Vendors | | | | 528.56 |
| 12 | Keg Logistics 9110 E Nichols Ave Suite 105 Englewood, CO, 80112 | ptropeano@keglogistics.com | Suppliers or Vendors | | | | 273.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____Apogee Brewing, Limited Liability Company_____

United States Bankruptcy Court for the: _____Southern District of Texas_____

(State)

Case number (If known): _____25-34497_____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**   Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................

   $ ___3,200,000.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................

   $ ___314,032.76___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................

   $ ___3,514,032.76___

---

**Part 2:**   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............................

   $ ___4,696,569.04___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................

   $ ___50,880.33___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................................

   **+** $ ___172,759.98___

4. **Total liabilities**...............................................................................................................................
   Lines 2 + 3a + 3b

   $ ___4,920,209.35___

---

**Fill in this information to identify the case:**

Debtor name _Apogee Brewing, Limited Liability Company_

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): _25-34497_

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Stellar Bank | Checking | 2 2 8 0 | $ 13,215.00 |
| 3.2. Stellar Bank | Checking | 5 7 6 1 | $ 16.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1** — $ 13,231.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. Ancorian Management LLC | $ 9,000.00 |
|---|---|
| 7.2. _____ | $_____ |

Debtor    Apogee Brewing, Limited Liability Company
          _____          Case number *(if known)* 25-34497
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____
   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $ 9,000.00

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  32,763.00          –  0.00                = ........➡    $ 32,763.00
                               face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:     0.00                –  0.00                = ........➡    $ 0.00
                               face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 32,763.00

## Part 4:  Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1._____   _____   $_____
    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:
    15.1._____   _____%   _____   $_____
    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1._____   _____   $_____
    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                      $_____

Debtor    Apogee Brewing, Limited Liability Company
          Name                                                    Case number (if known)    25-34497

---

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> See continuation sheet | ___ MM / DD / YYYY | $ 0.00 | | $ 13,884.00 |
| 20. **Work in progress** <br> Beer | ___ MM / DD / YYYY | $ | | $ 12,654.00 |
| 21. **Finished goods, including goods held for resale** <br> Beer | ___ MM / DD / YYYY | $ | | $ 56,674.00 |
| 22. **Other inventory or supplies** <br> _____ | ___ MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                          $ 83,212.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ | | $ |

---

Debtor   Apogee Brewing, Limited Liability Company
         Name

Case number *(if known)* 25-34497

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See continuation sheet | $ 0.00 | _____ | $ 32,222.12 |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 0.00 | _____ | $ 19,925.21 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | · $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 52,147.33

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  Apogee Brewing, Limited Liability Company
_____
Name

Case number (*if known*)  25-34497
_____

---

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1   2020 Ford Transit Connect Cargo Van, XL Van 4D, VIN: NM0LS7E2 | $_____ | _____ | $ 17,500.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 0.00 | | $ 106,179.43 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 123,679.43

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Debtor | Apogee Brewing, Limited Liability Company | Case number (if known) | 25-34497 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  4001 Navigation Boulevard<br>Houston, Texas 77003 | | $ 4,470,423.18 | | $ 3,200,000.00 |
| 55.2  2012 Dallas Street, Houston, Texas 7700. | | $ | | $ Unknown |
| 55.3 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 3,200,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites**<br>Website - www.trueanomalybrewing.com | $ | | $ Unknown |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property**<br>Trademarks - 10 Registered with USPTO | $ | | $ Unknown |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor   Apogee Brewing, Limited Liability Company
         _____
         Name

Case number *(if known)* 25-34497

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➜   $_____
                                    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor   Apogee Brewing, Limited Liability Company

Name

Case number *(if known)*   25-34497

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 13,231.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 9,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 32,763.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 83,212.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 52,147.33 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 123,679.43 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 3,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 314,032.76 | ➕ 91b. $ 3,200,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.     3,514,032.76     ..............................................   $ 3,514,032.76

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 8

25-34497

| Debtor 1 | Apogee Brewing, Limited Liability Company | Case number (if known) |
|---|---|---|
| | First Name          Middle Name          Last Name | |

### Continuation Sheet for Official Form 206 A/B

**19) Raw materials**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Can End | | | | 322.00 |
| Fermentable | | | | 1,226.00 |
| Keg Caps | | | | 296.00 |
| Muslin Hop Bag | | | | 6.00 |
| Bottles | | | | 1,128.00 |
| Malt | | | | 442.00 |
| Hops | | | | 4,687.00 |
| Coarse Straining Bag | | | | 34.00 |
| Labels | | | | 27.00 |
| Startup Yeast Nutrient | | | | 26.00 |
| Case Tray | | | | 756.00 |
| Yeast | | | | 871.00 |
| Can Carriers | | | | 951.00 |
| Can Brite | | | | 2,005.00 |
| Keg Collar | | | | 557.00 |
| Bottle Caps | | | | 283.00 |
| Nitrile Gloves | | | | 132.00 |
| Simpsons Dark Crystal | | | | 30.00 |
| Stretch Wrap Roll | | | | 105.00 |

**39) Office furniture**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Taproom Furniture | | | 31,019.31 |
| Bike Rack | | | 1,202.81 |

**41) Office equipment, including all computer equipment and communication systems equipment**

25-34497

Debtor 1    Apogee Brewing, Limited Liability Company

First Name        Middle Name        Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Taproom Audio/Video Equipment | | | 19,060.29 |
| POS - Hardware | | | 864.92 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Foeders | | | 17,970.00 |
| Portable Taps | | | 445.55 |
| Kitchen Equipment | | | 21,475.61 |
| Cold Box Components | | | 815.59 |
| Lab Equipment | | | 957.73 |
| Tap Handles | | | 884.00 |
| Espresso Machine & Grinder | | | 4,023.05 |
| Walk in Cooler | | | 13,050.00 |
| Barrels & Racks | | | 11,356.52 |
| Draft Equipment | | | 14,351.99 |
| Brewhouse Equipment | | | 15,328.84 |
| Solids Separator | | | 5,325.70 |
| Spent Grain Counter | | | 194.85 |

**Fill in this information to identify the case:**

Debtor name __Apogee Brewing, Limited Liability Company__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): __25-34497__

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
Capital CDC

Describe debtor's property that is subject to a lien
Furniture, Fixtures, and Equipment

$ 330,000.00 $ 0.00

Creditor's mailing address
4330 Gaines Ranch Loop
Suite 220, Austin, TX 78735

Creditor's email address, if known
jessegomez@capitalcdc.com

Date debt was incurred __09/27/2023__

Last 4 digits of account number __9107__

Describe the lien
Agreement you made

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**

Creditor's name
EADO Investments LLP

Describe debtor's property that is subject to a lien
Landlord Lien

$0.00 $0.00

Creditor's mailing address
2118 Lamar St.
Suite 105, Houston, TX 77003

Creditor's email address, if known

Date debt was incurred ____

Last 4 digits of account number ____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 4,696,569.04

Debtor    Apogee Brewing, Limited Liability Company
          _____    Case number (if known) 25-34497
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
Ford Motor Credit Company LLC
_____

**Creditor's mailing address**

P.O. Box 650575
Dallas, TX 75265
_____

**Creditor's email address, if known**

ECFNotices@aisinfo.com
_____

**Date debt was incurred** 09/09/2020
**Last 4 digits of account number** 5353

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Car Note

$5,731.95 | $17,500.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Stellar Bank
_____

**Creditor's mailing address**

8727 W. Sam Houston Parkway N.
Suite 110, Houston, TX 77040
_____

**Creditor's email address, if known**

twalker@walker-firm.com
_____

**Date debt was incurred** 07/10/2018
**Last 4 digits of account number** 2184

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Furniture, Fixtures, and Equipment

$238,759.17 | $175,826.76

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Apogee Brewing, Limited Liability Company | Case number (if known) | 25-34497 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**
Stellar Bank

**Creditor's mailing address**

8727 W. Sam Houston Parkway N.
Suite 110, Houston, TX 77040

**Creditor's email address, if known**
twalker@walker-firm.com

**Date debt was incurred**   11/03/2023
**Last 4 digits of account number**   5918

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   Stellar Bank, 1st; Stellar Bank, 1st

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

4001 Navigation Boulevard
Houston, Texas 77003

$2,586,424.00        $3,200,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**
Stellar Bank

**Creditor's mailing address**

8727 W. Sam Houston Parkway N.
Suite 110, Houston, TX 77040

**Creditor's email address, if known**
twalker@walker-firm.com

**Date debt was incurred**   11/03/2023
**Last 4 digits of account number**   5922

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**

4001 Navigation Boulevard
Houston, Texas 77003

$1,385,653.92        $3,200,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Apogee Brewing, Limited Liability Company | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)*  25-34497

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name

U.S. Small Business Administration

**Creditor's mailing address**

PO Box 3918
Portland, OR 97208

**Creditor's email address, if known**

Date debt was incurred   06/16/2020

Last 4 digits of account
number   7904

Do multiple creditors have an interest in the
same property?

☑ No
☐ Yes. Have you already specified the relative
  priority?

  ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is subject to a lien**

(a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k)

**Describe the lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00    $0.00

---

**2.__** Creditor's name

**Creditor's mailing address**

**Creditor's email address, if known**

Date debt was incurred   _____

Last 4 digits of account
number   _____

Do multiple creditors have an interest in the
same property?

☐ No
☐ Yes. Have you already specified the relative
  priority?

  ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

---

Debtor  Apogee Brewing, Limited Liability Company
Name

Case number (*if known*)  25-34497

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK, 73118 | Line 2. _3_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Apogee Brewing, Limited Liability Company

United States Bankruptcy Court for the:   Southern District of Texas

Case number   25-34497
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left.** If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**
City of Houston
PO BOX 4576
Houston, TX 77253

**As of the petition filing date, the claim is:** $ 17,804.84    $ 17,804.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2**   **Priority creditor's name and mailing address**
Houston Community College System
PO BOX 4576
Houston, TX 77210

**As of the petition filing date, the claim is:** $ 3,298.45    $ 3,298.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3**   **Priority creditor's name and mailing address**
Houston ISD
PO BOX 4576
Houston, TX 77210

**As of the petition filing date, the claim is:** $ 29,777.04    $ 29,777.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor   Apogee Brewing, Limited Liability Company                    Case number (if known) 25-34497
_____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Blue Label Packaging Company
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,855.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Capital One Credit Card
1680 Capital One Drive
McLean, VA 22102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 78,641.18

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 8510

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Chase
700 Kansas Lane
Monroe, LA 71203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 55,829.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6132

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Keg Logistics
9110 E Nichols Ave
Suite 105
Englewood, CO 80112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 273.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Loe Ortega Architecture, PLLC
2339 Commerce St.
Suite #165
Houston, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 19,056.12

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Mackenzie Smith, Inc
PO Box 8
Carlisle, PA 17013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 738.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Apogee Brewing, Limited Liability Company          Case number *(if known)*   25-34497
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 7  **Nonpriority creditor's name and mailing address**

Petainer
601 C.C. Gurien Drive
Troy, TN 38260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,587.07

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 8  **Nonpriority creditor's name and mailing address**

Sysco Corporation
1390 Enclave Parkway
Houston, TX 77077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 528.56

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 9  **Nonpriority creditor's name and mailing address**

Yakima Chief Hops
306 Division St
Yakima, WA 98902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,250.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor    Apogee Brewing, Limited Liability Company
          Name

          Case number (*if known*)  25-34497

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>Houston, TX 77253 | Line 2.2<br>☐ Not listed. Explain: | _____ |
| 4.2. | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO Box 3064<br>Houston, TX 77253 | Line 2.3<br>☐ Not listed. Explain | _____ |
| 4.3. | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>Houston, TX 77210 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor   Apogee Brewing, Limited Liability Company    Case number *(if known)* 25-34497
      Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 50,880.33 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 172,759.98 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 223,640.31 |

**Fill in this information to identify the case:**

Debtor name __Apogee Brewing, Limited Liability Company__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): __25-34497__    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | AT&T<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AT&T<br>PO Box 769<br>Arlington, TX, 76004 |
| **2.2** | Brewing Software<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Ekos<br>2520 N Brevard St<br>Suite 200<br>Charlotte, NC, 28205 |
| **2.3** | Alarm System<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Alert 360<br>2448 E. 81st STREET<br>42ND FLOOR<br>Tulsa, OK, 74137 |
| **2.4** | Hops Supplier<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Yakima Chief Hops<br>306 Division St<br>Yakima, WA, 98902 |
| **2.5** | Insurance<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Philadelphia Indemnity Insurance Company<br>One Bala Plaza<br>Suite 100<br>Bala Cynwyd, PA, 19004 |

| Debtor | Apogee Brewing, Limited Liability Company | Case number (*if known*) | 25-34497 |
|--------|------|------|------|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest
2012 Dallas Street Lease Lessee

State the term remaining
List the contract number o any government contract

Eado Investments LLC
2118 Lamar St., Suite 105
Houston, TX, 77003

**2.7**
State what the contract or lease is for and the nature of the debtor's interest
Equipment Lease for Kegs

State the term remaining
List the contract number of any government contract

Keg Logistics
9110 E. Nichols Ave
Suite 105
Englewood, CO, 80112

**2.8**
State what the contract or lease is for and the nature of the debtor's interest
Business Insurance Purchaser

State the term remaining
List the contract number of any government contract

The Hartford
3600 Wiseman Blvd.
San Antonio, TX, 78251

**2.9**
State what the contract or lease is for and the nature of the debtor's interest
Malt Supplier Purchaser

State the term remaining
List the contract number of any government contract

Great Western Malting Company
850 South Jupiter Road
Ste 200
Garland, TX, 75042

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining
List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining
List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining
List the contract number of any government contract

| Fill in this information to identify the case: |
|---|

Debtor name   Apogee Brewing, Limited Liability Company

United States Bankruptcy Court for the:   Southern District of Texas

Case number (If known):   25-34497

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors           12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  Michael Duckworth | 5508 TRUETT ST<br>Houston, TX 77023 | Stellar Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2   <br><br>Thomas Ahlstrom | 5536 Nolda Street<br>Houston, TX 77007 | Stellar Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3   <br><br>Michael Duckworth | 5508 TRUETT ST<br>Houston, TX 77023 | Stellar Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4   <br><br>Thomas Ahlstrom | 5536 NOLDA ST<br>Houston, TX 77007 | Stellar Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5   <br><br>Benjamin Stahl | 1026 Columbia St.<br>Houston, TX 77008 | Stellar Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.6   <br><br>Michael Duckworth | 5508 TRUETT ST<br>Houston, TX 77023 | Stellar Bank | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Apogee Brewing, Limited Liability Company | Case number (if known) | 25-34497 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2. 7  Thomas Ahlstrom | 5536 NOLDA ST Houston, TX 77007 | Stellar Bank | ☑ D  ☐ E/F  ☐ G |
| 2. 8  Michael Duckworth | 5508 TRUETT ST Houston, TX 77023 | Capital CDC | ☑ D  ☐ E/F  ☐ G |
| 2. 9  Thomas Ahlstrom | 5536 NOLDA ST Houston, TX 77007 | Capital CDC | ☑ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor name ___Apogee Brewing, Limited Liability Company___

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): ___25-34497___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 <br> MM / DD / YYYY | to   Filing date | ☑ Operating a business <br> ☐ Other | $                489,957.09 |
| **For prior year:** | From 01/01/2024 <br> MM / DD / YYYY | to   12/31/2024 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $                968,482.81 |
| **For the year before that:** | From 01/01/2023 <br> MM / DD / YYYY | to   01/01/2023 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $                954,969.41 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ <br> MM / DD / YYYY | to   Filing date | _____ | $_____ |
| **For prior year:** | From _____ <br> MM / DD / YYYY | to   _____ <br> MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ <br> MM / DD / YYYY | to   _____ <br> MM / DD / YYYY | _____ | $_____ |

Debtor   Apogee Brewing, Limited Liability Company
_____
Name

Case number (*if known*)_25-34497_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| | | | | *Check all that apply* |
| 3.1. | Capital One Credit Card | 07/22/2025 07/14/2025 07/09/2025 07/01/2025 06/26/2025 06/25/2025 06/18/2025 06/11/2025 06/04/2025 05/22/2025 | $ 50,550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _Credit Card Debt_ |
| | Creditor's name<br>1680 Capital One Drive<br>McLean, VA 22102 | | | |
| 3.2. | Houston ISD | 06/03/2025 | $ 15,476.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| | Creditor's name<br>PO BOX 4576<br>Houston, TX 77210 | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | Thomas Ahlstrom | 08/16/2024 to | $ 62,400.00 | Salary |
| | Insider's name<br>5536 Nolda ST<br>Houston, TX 77007 | 08/01/2025 | | |
| | | _____ | | |
| | **Relationship to debtor**<br>Manager | | | |
| 4.2. | Michael Duckworth | 03/28/2025 to | $ 15,600.00 | Salary |
| | Insider's name<br>5508 Truett St<br>Houston, TX 77023 | 06/20/2025 | | |
| | | _____ | | |
| | **Relationship to debtor**<br>Manager | | | |

Debtor   Apogee Brewing, Limited Liability Company
_____
Name

Case number *(if known)* 25-34497
_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | _____ | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | _____ | | | |

---

Debtor  Apogee Brewing, Limited Liability Company
        _____
        Name

Case number *(if known)* 25-34497
                         _____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor   Apogee Brewing, Limited Liability Company
_____
         Name

Case number (if known)  25-34497
_____

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kearney, McWilliams & Davis, PLLC | | _____ | $_____ |
| | **Address** | | | |
| | 55 Waugh #150 Houston, TX 77007 | | | |
| | **Email or website address** vpatel@kmd.law | | | |
| | **Who made the payment, if not debtor?** Inception Law PLLC | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor   Apogee Brewing, Limited Liability Company
_____
Name

Case number *(if known)* 25-34497
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor  Apogee Brewing, Limited Liability Company
_____
Name

Case number (*if known*) 25-34497
_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. emails
_____

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor  Apogee Brewing, Limited Liability Company
_____
Name

Case number (*if known*) 25-34497
_____

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor  Apogee Brewing, Limited Liability Company
_____
Name

Case number *(if known)* 25-34497
_____

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor   Apogee Brewing, Limited Liability Company
_____
Name

Case number (*if known*) 25-34497
_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor   Apogee Brewing, Limited Liability Company
_____
Name

Case number *(if known)* 25-34497
_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Ann Thomas, CPA, PC<br>Name<br>1120 NASA Parkway, Suite 108, Houston, Texas, 77058 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Benjamin Stahl<br>Name<br>1026 Columbia St., Houston, Texas 77008 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name | |

---

Debtor    Apogee Brewing, Limited Liability Company
          _____          Case number (if known) 25-34497
          Name                                                                       _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____
        Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.  _____
        Name

| Name and address |
|---|

26d.2.  _____
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name

Debtor    Apogee Brewing, Limited Liability Company
_____    Case number *(if known)* 25-34497
Name    _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____<br>Name | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BENJAMIN STAHL | 1026 Columbia St, Houston, TX 77008 | Manager | 6.34 |
| DAVID LANTZ | 2012 DALLAS ST, Houston, TX 77003 | Manager | 5.60 |
| MICHAEL DUCKWORTH | 5508 TRUETT ST, HOUSTON, TX 77023 | Manager | 26.35 |
| THOMAS AHLSTROM | 5536 NOLDA ST, Houston, TX 77007 | Manager | 26.34 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor   Apogee Brewing, Limited Liability Company                                      Case number (*if known*) 25-34497
_____
Name

|  | Name and address of recipient | | |
|---|---|---|---|
| 30.2 |  | _____ | _____ |
|  | Name |  | _____ |
|  |  |  | _____ |
|  |  |  | _____ |
|  | Relationship to debtor | | _____ |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/19/2025
              MM  / DD  / YYYY

✗ /s/ Michael Duckworth                                    Printed name  Michael Duckworth
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name    Apogee Brewing, Limited Liability Company        Case number (if known)   25-34497

### Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

**EADO Investments LLP,**    **$24,150.00**        **Secured debt**
**2118 Lamar St. Suite 105,**
**Houston, TX 77003**

**City of Houston, PO BOX**    **$9,253.81**
**4576, Houston, TX 77253**

**Fill in this information to identify the case and this filing:**

Debtor Name ___Apogee Brewing, Limited Liability Company___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (*If known*): ___25-34497___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/18/2025___          ✘ /s/ Michael Duckworth
                 MM / DD / YYYY          _____
                                         Signature of individual signing on behalf of debtor

                                         Michael Duckworth
                                         _____
                                         Printed name

                                         Manager
                                         _____
                                         Position or relationship to debtor

# United States Bankruptcy Court

Southern District of Texas

**In re** Apogee Brewing, Limited Liability Company

Case No. 25-34497

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 0.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 500.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/18/2025

*Date*

/s/ Stacey Barnes, 24006800

*Signature of Attorney*

Kearney, McWilliams & Davis, PLLC

*Name of law firm*
55 Waugh
#150
Houston, TX 77007

AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Alert 360
2448 E. 81st STREET
42ND FLOOR
Tulsa, OK 74137

AT&T
PO Box 769
Arlington, TX 76004

Benjamin Stahl
1026 Columbia St.
Houston, TX 77008

Blue Label Packaging Company
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130

Capital CDC
4330 Gaines Ranch Loop
Suite 220
Austin, TX 78735

Capital One Credit Card
1680 Capital One Drive
McLean, VA 22102

Chase
700 Kansas Lane
Monroe, LA 71203

City of Houston
PO BOX 4576
Houston, TX 77253

Eado Investments LLC
2118 Lamar St., Suite 105
Houston, TX 77003

EADO Investments LLP
2118 Lamar St.
Suite 105
Houston, TX 77003

Ekos
2520 N Brevard St
Suite 200
Charlotte, NC 28205

Ford Motor Credit Company LLC
P.O. Box 650575
Dallas, TX 75265

Great Western Malting Company
850 South Jupiter Road
Ste 200
Garland, TX 75042

Houston Community College System
PO BOX 4576
Houston, TX 77210

Houston ISD
PO BOX 4576
Houston, TX 77210

Keg Logistics
9110 E Nichols Ave
Suite 105
Englewood, CO 80112

Keg Logistics
9110 E. Nichols Ave
Suite 105
Englewood, CO 80112

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
Houston, TX 77253

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
Houston, TX 77253

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
Houston, TX 77210

Loe Ortega Architecture, PLLC
2339 Commerce St.
Suite #165
Houston, TX 77002

Mackenzie Smith, Inc
PO Box 8
Carlisle, PA 17013

Michael Duckworth
5508 TRUETT ST
Houston, TX 77023

AMENDED

Petainer
601 C.C. Gurien Drive
Troy, TN 38260


Philadelphia Indemnity Insurance Company
One Bala Plaza
Suite 100
Bala Cynwyd, PA 19004


Stellar Bank
8727 W. Sam Houston Parkway N.
Suite 110
Houston, TX 77040


Sysco Corporation
1390 Enclave Parkway
Houston, TX 77077


The Hartford
3600 Wiseman Blvd.
San Antonio, TX 78251


Thomas Ahlstrom
5536 Nolda Street
Houston, TX 77007


Thomas Ahlstrom
5536 NOLDA ST
Houston, TX 77007


U.S. Small Business Administration
PO Box 3918
Portland, OR 97208


Yakima Chief Hops
306 Division St
Yakima, WA 98902

AMENDED

United States Bankruptcy Court

Southern District of Texas

In re:  Apogee Brewing, Limited Liability Company

Case No.  25-34497

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____08/18/2025_____

/s/ Michael Duckworth
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify, on this 18th and 19th day of August 2025, I served a true and correct copy of the forgoing was served upon all parties registered to receive electronic service via this Court's ECF notification system and upon the attached service list by First Class United States mail, in a properly addressed envelope, postage pre-paid; and by email to:

Benjamin Stahl
1026 Columbia St.
Houston, TX 77008

Blue Label Packaging Company
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130

Capital CDC
4330 Gaines Ranch Loop Suite 220
Austin, TX 78735

Capital One
1680 Capital One Drive
McLean, VA 22102

Chase
700 Kansas Lane
Monroe, LA 71203

EADO Investments LLP
2118 Lamar St., Suite 105
Houston, TX 77003

Ford Credit
P.O. Box 650575
Dallas, TX 75265

Keg Logistics
9110 E Nichols Ave Suite 105
Englewood, CO 80112

Loe Ortega Architecture, PLLC
2339 Commerce St. Suite #165
Houston, TX 77002

Mackenzie Smith, Inc
PO Box 8
Carlisle, PA 17013

Michael Duckworth
5508 Truett St
Houston, TX 77023

Petainer
601 C.C. Gurien Drive
Troy, TN 38260

Stellar Bank
8727 W. Sam Houston Pkwy N. Suite 110
Houston, TX 77040
twalker@walker-firm.com

Sysco Corporation
1390 Enclave Parkway
Houston, TX 77077

Thomas Ahlstrom
5536 Nolda ST
Houston, TX 77007

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208

Yakima Chief Hops
306 Division St
Yakima, WA 98902

/s/ *Vikesh N. Patel*
Vikesh N. Patel

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned, an attorney, under penalties of perjury, verifies that a copy of the foregoing was delivered to the United States Trustee 8/18/2025, by electronic delivery by the clerk of the Bankruptcy Court.

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
andrew.jimenez@usdoj.gov


/s/ *Vikesh N. Patel*
Vikesh N. Patel